**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**JAMES BARNETT,**

                       **Plaintiff,**

        v.                                           CASE NO. 22-3239-JWL-JPO

**UNITED STATES GOVERNMENT, et al.,**

                       **Defendants.**

**MEMORANDUM AND ORDER**

Plaintiff James Barnett, who is incarcerated at USP Marion (USPM), a United States Penitentiary in Marion, Illinois, filed this pro se civil action pursuant to 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), seeking relief from federal officials. The Court screened the complaint as required by 28 U.S.C. §§ 1915A(a)-(b), liberally construing the pro se pleading as required by *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). On October 13, 2022, the Court issued an order explaining to Plaintiff that this case appears to have been filed in an improper venue, names improper defendants, seeks a remedy not available under *Bivens*, and fails to state a claim on which relief can be granted. (Doc. 5.) The order directed Plaintiff to show cause on or before November 15, 2022, why the matter should not be dismissed. *Id.*

On November 4, 2022, the Court received from Plaintiff a document with the case number of this matter on it. (Doc. 6.) The document states in relevant part: "I James Barnett submit to the Hon. Judge O'Hara and this Honorable court this notice and request of withdrawal of the foregoing. . . . Plaintiff withdraws . . . due to lack of ability to properly represent." *Id.* The Court will construe this document as a motion to voluntarily dismiss this case. The Court has reviewed the motion and finds dismissal is proper under Fed. R. Civ. P. 41(a).

1

**IT IS THEREFORE ORDERED** that the motion to withdraw (Doc. 6) is construed as a motion for voluntary dismissal and is **granted.** The matter is **dismissed without prejudice** under Fed. R. Civ. P. 41(a). The motion to proceed *in forma pauperis* (Doc. 2) is therefore **denied as moot.**

**IT IS SO ORDERED.**

DATED:   This 4th day of November, 2022, at Kansas City, Kansas.


S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge